DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr.S. 08-452-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO MODIFY |
| v. ) | PRETRIAL CONDITIONS |
| ) | |
| RICHARD MILLER, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Gregory G. Hollows |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant RICHARD MILLER that the following be added as a condition of pretrial release:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     The defendant shall participate in a program of medical or
2 psychiatric treatment, including treatment for drug or alcohol
3 dependency, as approved by the pretrial service officer.

5 Dated: October 14, 2008    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RICHARD MILLER

12 Dated: October 14, 2008    McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Lauren D. Cusick for
                                            Michael Beckwith
                                        _____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
                                        per telephonic authorization

IT IS SO ORDERED.

Dated: 10/20/08                    /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        United States Magistrate Judge

miller452.mod

Stipulation and Order                        -2-