DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr.S. 08-452-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | |
| ) | Date:  February 27, 2009 |
| RICHARD MILLER, ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, MICHAEL BECKWITH, Assistant United States Attorney, attorney for plaintiff, and LAUREN D. CUSICK, Assistant Federal Defender, attorney for defendant, RICHARD MILLER, that the status conference hearing date of February 6, 2009 be vacated and continued to February 27, 2009 at 9:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from February 6, 2009 through and including February 27, 2009 should be excluded pursuant to

/ / /

/ / /

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: February 4, 2009          Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Lauren D. Cusick
                                    LAUREN D. CUSICK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RICHARD MILLER

   Dated: February 4, 2009          LAWRENCE G. BROWN
                                    Acting United States Attorney


                                    /s/ Lauren D. Cusick
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
                                    per telephonic authorization

                          **O R D E R**

IT IS SO ORDERED.

Dated: February 9, 2009

                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge

Stipulation and Order              -2-