IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:09-cv-00608-MCE-JFM |
| Plaintiff, | ) | |
| | ) | <u>RELATED CASE ORDER</u> |
| v. | ) | |
| | ) | |
| 2006 TOYOTA TUNDRA SR-5 TRUCK, VIN: 5TBDT44176S529821, California License Number: 8C49361, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00452-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD JAMES MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, the United States of America, filed a "Notice of Related Cases" document on March 13, 2009, in which it seeks to have civil case number 2:09-cv-00608-MCE-JFM related to the above captioned criminal case. Plaintiff states the cases are related "because the civil forfeiture action arises from the same law enforcement investigation as the criminal prosecution and thus involves substantially the same events and transactions."

Examination of the cases reveals they are related within the meaning of Local Rule 83-123(a). Therefore action 2:09-cv-00608-MCE-JFM is reassigned to the undersigned judge. Henceforth, the caption on documents filed in the reassigned case shall show the initials GEB-JFM. Further, the parties in the reassigned case are referred to the attached Order Setting Status (Pretrial Scheduling) Conference.

Lastly, the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: March 26, 2009

GARLAND E. BURRELL, JR.
United States District Judge