DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. Cr.S. 08-452-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER |
| RICHARD MILLER, | ) Date: August 21, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell |

It is hereby stipulated between the parties, MICHAEL BECKWITH, Assistant United States Attorney, attorney for plaintiff, and LAUREN D. CUSICK, Assistant Federal Defender, attorney for defendant, RICHARD MILLER, that the status conference hearing date of July 24, 2009 be vacated and continued to August 21, 2009 at 9:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the date of this order through and including August 21, 2009 should be excluded pursuant to

/ / /

/ / /

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  July 22, 2009              Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Lauren D. Cusick
                                   LAUREN D. CUSICK
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   RICHARD MILLER


Dated:  July 22, 2009              LAWRENCE G. BROWN
                                   Acting United States Attorney


                                   /s/ Lauren D. Cusick
                                   MICHAEL BECKWITH
                                   Assistant U.S. Attorney
                                   per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated:  July 23, 2009


_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                   -2-