```
LAWRENCE G. BROWN
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-452-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| RICHARD MILLER, ) | |
| ) | |
| Defendant. ) | Hon. Garland E. Burrell |

The parties request that the status conference currently set for August 21, 2009, be continued to October 16, 2009, and stipulate that the time beginning August 21, 2009, and extending through October 16, 2009, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.
///
///

1

1  This continuance is requested as negotiations are continuing
2 between the parties and additional time is needed for
3 preparation.
4  The parties stipulate and agree that the interests of
5 justice served by granting this continuance outweigh the best
6 interests of the public and the defendant in a speedy trial.
7 18 U.S.C. § 3161(h)(8)(A).

```
                                   Respectfully Submitted,

                                   LAWRENCE G. BROWN
                                   United States Attorney

Dated: August 31, 2009       By:/s/ Michael M. Beckwith
                                 MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney


Dated: August 31, 2009       By:/s/ Lauren Cusick
                                 LAUREN CUSICK
                                 Attorney for defendant Richard
                                 Miller
```

**ORDER**

    For the reasons stated above, the status conference in case number CR. S 08-452-GEB, currently set for August 21, 2009, is continued to October 16, 2009; and the time beginning August 21, 2009, and extending through October 16, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   September 8, 2009

GARLAND E. BURRELL, JR.
United States District Judge