DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. Cr.S. 08-452-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) Date: October 30, 2009 |
| RICHARD MILLER, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |
| _____ | ) |

It is hereby stipulated between the parties, MICHAEL BECKWITH, Assistant United States Attorney, attorney for plaintiff, and LAUREN D. CUSICK, Assistant Federal Defender, attorney for defendant, RICHARD MILLER, that the status conference hearing date of October 30, 2009 be vacated and continued to November 20, 2009 at 9:00 a.m.

This continuance is requested as the parties are engaged in ongoing negotiations to resolve the case and need additional time to continue those negotiations.

It is further stipulated that the date of this order through and including November 20, 2009 should be excluded pursuant to

/ / /

1  18 U.S.C. §3161(h)(7)(A)&(B)(iv)[reasonable time to prepare] and (Local
2  Code T4) based upon continuity of counsel and defense preparation.
3  Dated:  October 28, 2009           Respectfully submitted,
4                                     DANIEL J. BRODERICK
                                      Federal Defender
5
6                                     /s/ Lauren D. Cusick
                                      LAUREN D. CUSICK
7                                     Assistant Federal Defender
                                      Attorney for Defendant
8                                     RICHARD MILLER
9
   Dated:  October 28, 2009           LAWRENCE G. BROWN
10                                    United States Attorney
11
                                      /s/ Lauren D. Cusick for
12                                    MICHAEL BECKWITH
                                      Assistant U.S. Attorney
13                                    Attorney for Plaintiff
14
                                **O R D E R**
15
   IT IS SO ORDERED.
16
   Dated:  October 28, 2009
17
18
                                      _____
19                                    GARLAND E. BURRELL, JR.
                                      United States District Judge
20

Stipulation and Order              -2-