BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-08-452 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING GOVERNMENT'S |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| RICHARD JAMES MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

1.  The one count Indictment in Case No. CR-S-08-452 GEB as to defendant Richard James MILLER is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) with prejudice.

Dated:  April 1, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1